DAWN L. BAKER, Appellant, v JEFFREY P. BAKER, Respondent.

Submitted July 27, 2015; decided October 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

BANK OF AMERICA NATIONAL ASSOCIATION, as Successor by Merger to LaSALLE BANK NATIONAL ASSOCIATION, as Trustee for MORGAN STANLEY LOAN TRUST 2006-3AR, Respondent, v JUAN PATINO, Appellant, et al., Defendants.

Submitted July 27, 2015; decided October 15, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.